UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

       -against-

TANNER HOWELL,

       **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2021

19-MJ-11398 (UA) -2

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A hearing is scheduled in this case for Wednesday, March 24, 2021, at 3:00 p.m. The conference will be hosted on Microsoft Teams. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877) 402-9757 and using access code 7938632#.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 23, 2021
               New York, New York