USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
            :
UNITED STATES OF AMERICA,     :       19 MJ 11398 (SN)-2
            :
            :       ORDER
            -v-       :
            :
            :
TANNER HOWELL,     :
            :
            Defendant.     :
            :
-------------------------------------------------X

**SARAH NETBURN, Magistrate Judge:**

In light of Tanner Howell's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to September 26, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   March 24, 2021
         New York, New York