## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **19-MJ-11398(SN)-2**   Date **July 27, 2023**

USAO No. **2019R01053**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

United States v. **Tanner Howell**

The Complaint/Rule 40 Affidavit was filed on **December 5, 2019**

✓ U.S. Marshals please withdraw warrant

**PETER DAVIS**  Digitally signed by PETER DAVIS
Date: 2023.07.27 12:56:19 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

Peter J. Davis

(print name if signature handwritten)

**SO ORDERED:**

DATE: 7/27/2023

_____
SARAH NETBURN
United States Magistrate Judge